BLAKE G. HALL, ESQ.
SAM L. ANGELL, ESQ.
DILLON S. ERICKSON, ESQ.
HALL ANGELL & ASSOCIATES, LLP
1075 S Utah Avenue, Suite 150
Idaho Falls, Idaho 83402
Telephone (208) 522-3003
Fax (208) 621-3008
*ISB Nos. 2434, 7012 and 10312*
bgh@hasattorneys.com
sla@hasattorneys.com
dse@hasattorneys.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LINDSEY YEAMAN, an individual,<br><br>          Plaintiff,<br><br>v.<br><br>CITY OF BURLEY, an Idaho municipal corporation; and DEE HODGE, an individual,<br><br>          Defendant. | Case No. 4:21-cv-345<br><br>**MOTION FOR SUMMARY JUDGMENT** |

Defendants, CITY OF BURLEY and DEE HODGE, by and through counsel of record, HALL ANGELL & ASSOCIATES, LLP, moves this Court for an Order granting summary judgment in favor of Defendants on all claims in Plaintiff's Complaint. This motion is based upon the memorandum and declarations in support filed contemporaneously herewith. Oral argument is requested.

Dated this 29th day of November, 2022.

_____
SAM L. ANGELL

MOTION FOR SUMMARY JUDGMENT - 1

# CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the foregoing document upon the following this 29th day of November, 2022, by the method indicated below:

Kelly H. Andersen, Esq.                                    [X] CM/ECF
David W. Gadd, Esq.
STOVER GADD & ASSOC.
PO Box 1428
Twin Falls, ID 83303
Email: kha@magicvalleylaw.com
Email: dwg@magicvalleylaw.com

_____
SAM L. ANGELL