BLAKE G. HALL, ESQ.
SAM L. ANGELL, ESQ.
DILLON S. ERICKSON, ESQ.
HALL ANGELL & ASSOCIATES, LLP
1075 S Utah Avenue, Suite 150
Idaho Falls, Idaho 83402
Telephone (208) 522-3003
Fax (208) 621-3008
*ISB Nos. 2434, 7012 and 10312*
bgh@hasattorneys.com
sla@hasattorneys.com
dse@hasattorneys.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LINDSEY YEAMAN, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF BURLEY, an Idaho municipal corporation; and DEE HODGE, an individual,<br><br>  Defendant. | Case No. 4:21-cv-345-AKB<br><br>**STIPULATION FOR DISMISSAL** |

The Parties, by and through their respective counsel of record, stipulate and agree that the above-referenced matter should be dismissed with prejudice, with each party to bear its own costs and attorney fees.

DATED: October 10, 2023.

/s/ Blake G. Hall
BLAKE G. HALL

DATED: October 10, 2023.

/s/ Kelly H. Andersen
KELLY H. ANDERSEN

STIPULATION FOR DISMISSAL - 1