UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LINDSEY YEAMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BURLEY, an Idaho municipal corporation; and DEE HODGE, an individual,<br><br>Defendant. | Case No. 4:21-cv-00345-AKB<br><br>**ORDER OF DISMISSAL** |

BASED upon the parties' Stipulation for Dismissal (Dkt. 39), and for good cause appearing, IT IS HEREBY ORDERED that the above-entitled action, and the causes of action and defenses raised therein, are dismissed with prejudice with each party to bear its own costs and attorney fees.

DATED: October 10, 2023

Amanda K. Brailsford
U.S. District Court Judge

**ORDER OF DISMISSAL** - 1